**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Tamika Wilder, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:24-cv-01385-SCJ-LTW |
| v. ) | |
| ) | |
| Equifax Information Services, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Tamika Wilder, by and through undersigned counsel, hereby dismisses this action against Defendant, Equifax Information Services, LLC, **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 18th day of July, 2024.

                                            **BERRY & ASSOCIATES**

                                            */s/ Matthew T. Berry*
                                            Matthew T. Berry
                                            Georgia Bar No.: 055663
                                            matt@mattberry.com
                                            Telephone: (404) 235-3334
                                            2751 Buford Highway, Suite 600
                                            Atlanta, GA 30324

<u>*/s/ Chris Armor*</u>
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Equifax Information Services, LLC, with adequate postage affixed thereto and addressed as follows:

Christine Kapur
Equifax Information Services
1550 Peachtree St.
Atlanta GA 30309

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*